UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

NIDIA D. TOBAR            Civil No. 06-1976

vs.                             Order of Reassignment

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

It is on this 8th day of June, 2006,

O R D E R E D that the entitled action is reassigned from

JUDGE JOSE L. LINARES to JUDGE KATHARINE S. HAYDEN.

                                         S/Garrett E. Brown, Jr.
                              GARRETT E. BROWN, JR. CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT